# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** FBLM00B8
**Officer Name:** Norton
**Officer No.:** 2403

FBLM00B8

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 05/26/2025 14:53
**Offense Charged:** FED 36 CFR 261.5D
**Place of Offense:** granite creek

**Offense Description: Factual Basis for Charge**
36 CFR 261.5D - LEAVING A FIRE

**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Campbell
**First Name:** Maclain
**M.I.:** T

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**
**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F  Race  Hair  Eyes  Height  Weight

### VEHICLE

**VIN:**
**CMV:** ☐
**Tag No.:**
**State:**
**Year:**
**Make/Model:** /
**PASS:** ☐
**Color:**

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBLM00B8

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/26/2025 while exercising my duties as a law enforcement officer in the _____ District of WY

Pursuant to 16USC 551: Pursuant to 16USC 551: Pursuant to 16 USC 551: I Forest Service Law Enforcement Officer Michael NORTON #2403, while exercising my duties on May 26th, 2025, On the Bridger- Teton National Forest, in the District of Wyoming, was on uniformed patrol in a marked law enforcement vehicle at approximately 1453 hours. While patrolling the Granite Creek dispersed recreation areas, I observed a campfire that was omitting smoke and visible flame from the fire ring without any persons present within the vicinity of the abandoned campfire. During this time, I walked over to the campfire that was still unattended and announced Law Enforcement. There were still no persons present near the abandoned campfire. Shortly after one male subject exited a vehicle adjacent to the fire who would be later identified by his state issued driver's license as Maclain CAMPBELL out of Michigan. I proceeded to tell CAMPBELL that his campfire was observed unattended. CAMPBELL said he was dead asleep. Said his friend must have put another log on before he went back to work in the town of Jackson this morning. I told him he can work that out with him later, but he was still responsible for leaving a fire unattended. He apologized and said he knew better. But has been sleeping in his car.
Based off my personal investigation CAMPBELL was issued a violation notice for violating 36 CFR 261.5D Not completely extinguishing campfire.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/26/2025        *Michael Norton*
             Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;                      CMV = Commercial vehicle involved in incident